No. 10-5121. Genaro Campos, Petitioner v. James Conway, Superintendent, Attica Correctional Facility.

562 U.S. 905, 131 S. Ct. 244, 178 L. Ed. 2d 163, 2010 U.S. LEXIS 6429, 

October 4, 2010. Petition for writ of certiorari to the Appellate Division, Supreme Court of New York, Fourth Judicial Department, denied.

No. 10-5122. Leon Martin, Petitioner v. Virginia.

562 U.S. 905, 131 S. Ct. 245, 178 L. Ed. 2d 163, 2010 U.S. LEXIS 6608.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Virginia denied.

No. 10-5123. Antraun Coe, Petitioner v. United States.

562 U.S. 905, 131 S. Ct. 245, 178 L. Ed. 2d 163, 2010 U.S. LEXIS 6105.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

No. 10-5125. Bill Lietzke, Petitioner v. City of Montgomery, Alabama, et al.

562 U.S. 905, 131 S. Ct. 245, 178 L. Ed. 2d 163, 2010 U.S. LEXIS 6341, 

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Nevada denied.

Same case below, 126 Nev. 733.

No. 10-5126. Robert Larson, Petitioner v. United States.

562 U.S. 905, 131 S. Ct. 245, 178 L. Ed. 2d 163, 2010 U.S. LEXIS 6009, 

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 10-5127. Ublester Violente Mundo, Petitioner v. United States.

562 U.S. 905, 131 S. Ct. 245, 178 L. Ed. 2d 163, 2010 U.S. LEXIS 6151.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

No. 10-5129. General Parker, Petitioner v. Sakinah Parker, et al.

562 U.S. 905, 131 S. Ct. 246, 178 L. Ed. 2d 163, 2010 U.S. LEXIS 6624.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 368 Fed. Appx. 708.

No. 10-5131. John Turpin, Petitioner v. United States.

562 U.S. 905, 131 S. Ct. 246, 178 L. Ed. 2d 163, 2010 U.S. LEXIS 6518.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 593 F.3d 747.